**Order entered February 4, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-01160-CV

## THE STATE OF TEXAS, Appellant

## V.

## SHERLEY PARTNERS, LTD., ET AL., Appellees

**On Appeal from the County Court at Law No. 4
Collin County, Texas
Trial Court Cause No. 004-01692-2018**

## ORDER

By order dated February 2, 2022, we acknowledged appellant's verification of request and payment for the reporter's record and set March 4, 2022 as the deadline for the record. Before the court is the February 2, 2022 request of Denise Condran, Official Court Reporter for County Court at Law No. 4, for an extension of time to file the record. In light of our February 2 order, we **DENY** the motion as moot.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE